**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:       In re Dolcefino Communications, LLC

Appellate case number:    01-20-00382-CV

Trial court case number:   19-CV-0814

Trial court:               405th District Court of Galveston County

Date motion filed:        September 25, 2020

Party filing motion:      Relator, Dolcefino Communications, LLC

Relator, Dolcefino Communications, LLC, has filed a motion for rehearing on petition for writ of mandamus. *See* TEX. R. APP. P. 64.

It is ordered that the motion for rehearing is **denied**.

Judge's signature:   /s/ Evelyn V. Keyes
                       Acting for the Court

Panel consists of: Justices Keyes, Lloyd, and Landau.

Date: December 29, 2020